**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Clerk's Minutes**
**Before the Honorable Kea W. Riggs**

**CASE NO.** CR 25-3574 KWR                    **DATE:** November 3, 2025

**TITLE:** *USA v. Sheliky Sanchez*

**COURTROOM CLERK:** C. Bevel            **COURT REPORTER:**   S. Silva

**COURT IN SESSION:** 1:27PM-1:36PM        **TOTAL TIME:** 9 MINUTES

**TYPE OF PROCEEDING:**  SCHEDULING CONFERENCE

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**   **ATTORNEYS PRESENT FOR DEFENDANT(S):**

 Sammuel Hurtado, Kimberly Bell              Bernadette Donovan, Noah Gelb, Carter Harrison

**PROCEEDINGS:**

1:27PM       Court in session, counsel enter appearances, defendant present in custody. Court has reviewed filings Notice of Position on Status of Case Docs. 26 and United States' Response Doc. 27. Court understands this is premature for a scheduling order. Court notes agreement of counsel to designate this case as complex. Court requests counsel file a motion and submit a proposed order designating this case as complex. Court agrees with holding status conferences.

1:30pm       AUSA Hurtado addresses Court regarding status of discovery, and ongoing investigation and believes 3 months is sufficient time for the next status conference.

1:31pm       Mr. Harrison responds, United States has agreed to deadline of June 1, 2026 for United States to submit case to the Capital Review Committee. Defense agrees that a status conference in 3 months is appropriate.

1:34pm       Court will hold status conference in 3 months, however if something arises before that, Court will set a hearing. Court will accommodate Ms. Donovan by zoom links. Court request AUSA Hurtado file a motion to designate this case complex.

1:36pm     Court in recess.