UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff,<br>    v.<br>**SHELIKY SANCHEZ,**<br>    Defendant. | Case No. 25-3574 KWR |

### ORDER DECLARING CASE COMPLEX

 THIS MATTER coming before the Court pursuant to the United States' Unopposed Motion to Declare this Case Complex pursuant to 18 U.S.C. §3161(h)(7)(B)(ii), and the Court having considered said motion, finds that as set forth in the motion, due to the nature of the prosecution, this case is so complex that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by 18 U.S.C. §3161(c)(1). The Court further finds that granting of the requested relief will provide the parties with sufficient time to conduct the discovery process, complete their respective investigations, and file and litigate pretrial motions. Accordingly, the ends of justice served by the granting of this motion outweigh the best interests of the public and the defendant in a speedy trial.

 IT IS HEREBY ORDERED that this matter is designated as a complex case pursuant to 18 U.S.C. §3161(h)(7)(B)(ii);

 IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(7)(A), that the time from the filing of the Motion to Declare the Case Complex until the beginning of the jury trial in this matter shall be excluded for the purpose of the Speedy Trial Act, and that the ends of justice

in granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

      IT IS SO ORDERED.

                                                                               /S/  
                                                       KEA W. RIGGS  
                                                       United States District Judge