IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | 1:25-CR-3574 |
| | : | |
| SHELIKY SANCHEZ, | : | |
| | : | |
| Defendant. | : | Honorable Kea W. Riggs |
| | : | |

### NOTICE REGARDING RESPONSE TO MOTION TO QUASH

Sheliky Sanchez, by counsel, hereby provides notice of the following facts with respect to his receipt of the United States' Sealed Response to Defendant's Motion to Quash Subpoenas on December 1, 2025:

1. On September 24, 2025, the District of New Mexico entered an Administrative Order noting that "[a] recent escalation in cyberattacks on the CM/ECF systems of federal courts requires the implementation of new procedures for the storage and management of sealed documents." Case No. 1:25-mc-00004 (Doc. 25).

2. Pursuant to the Administrative Order, "[s]ealed documents will continue to be filed in CM/ECF under existing procedures but will no longer be accessible or viewable by electronic means," thus "service of those documents can no longer be accomplished through CM/ECF." *Id.* at 1. The Administrative Order directs the parties to effectuate service through other means. *See id.*

3. On November 13, 2025, Mr. Sanchez filed a sealed Motion to Quash certain subpoenas. Document ("Doc.") 30.

4. On November 24, 2025, the government filed a sealed response. Doc. 33.

5. Undersigned counsel were unable to access the sealed response through CM/ECF due

1

      to the new procedures for sealed documents.

6. On November 25, 2025, a legal assistant for Mr. Sanchez's counsel contacted the government's paralegal for a copy of the sealed filing. The legal assistant also put in a request through the Clerk's office.

7. Undersigned counsel did not receive the sealed filing until today, December 1, 2025.

8. Per Local Rule 47.8, Mr. Sanchez's "reply must be served within fourteen (14) days after *service* of the response." (emphasis added).

9. Because deadlines for responsive filings run from the date of service of the filing being responded to, not the filing date, the defense understands its reply to be due on December 15, 2025, and intends to file a reply by that deadline.

10. Because this delay was occasioned by a new system for handling sealed filings, undersigned counsel files this Notice to ensure that the government and Court are aware of the defense's intention to file a reply within fourteen days of service as required by Local Rule 47.8.

Respectfully submitted,
SHELIKY SANCHEZ

s/ Bernadette Donovan

Bernadette M. Donovan
VA BAR 82054
Donovan & Engle, PLLC
1134 East High Street, Unit A
Charlottesville, VA 22902
Office 800-428-5214
Fax 434-465-6866
bernadette@donovanengle.com

Carter B. Harrison IV
924 Park Avenue SW, Suite E
Albuquerque, NM 87102
Office: 505-295-3261

Fax: 505-341-9340
carter@harrisonhartlaw.com

Noah W. Gelb
Assistant Federal Public Defender
Office of the Federal Public Defender
111 Lomas Blvd., NW, Suite 501
Albuquerque, NM 87102
Office: 505-346-2489
Noah_gelb@fd.org

*Counsel for Sheliky Sanchez*

## CERTIFICATE OF SERVICE

     I, Bernadette Donovan, Esq., hereby certify that on this December 1, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


/s/ *Bernadette M. Donovan*