UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable Kea W. Riggs**

| | | | |
|---|---|---|---|
| **CASE NO.** | CR 25-3574 KWR | **DATE:** | February 24, 2026 |
| **TITLE:** | *USA v. Sheliky Sanchez* | | |
| **COURTROOM CLERK:** | C. Bevel | **COURT REPORTER:** | A. Lynch |
| **COURT IN SESSION:** | 9:02AM-9:11AM | **TOTAL TIME:** | 9 minutes |
| **TYPE OF PROCEEDING:** | STATUS CONFERENCE | | |

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**
Jack Burkhead, Samuel Hurtado

**ATTORNEYS PRESENT FOR DEFENDANT(S):**
Bernadette Donovan, Noah Gelb, Carter Harrison

**PROCEEDINGS:**

9:02AM    Court in session, counsel enter appearances, defendant present in custody. Court set a status conference; court notes this case has been designated as complex.

9:03am    AUSA Burkhead addresses Court, counsel has met and conferred last week, defense has requested additional time to prepare the case for the Capital Review Committee.

9:06am    Ms. Donovan addresses Court has requested additional time to prepare the case to the Capital Review Committee in DC.

9:10am    Court will touch base with counsel at another status conference. Counsel to notify the Court via a notice if anything changes before the next status conference.

9:11am    Court in recess.