**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Clerk's Minutes**
**Before the Honorable Kea W. Riggs**

**CASE NO.** CR 25-3574 KWR **DATE:** JULY 6, 2026

**TITLE:** *USA v. Sheliky Sanchez*

**COURTROOM CLERK:** C. Bevel **COURT REPORTER:** A. Lynch

**COURT IN SESSION:** 8:55AM-9:01AM **TOTAL TIME:** 6 MINUTES

**TYPE OF PROCEEDING:** STATUS CONFERENCE

**ATTORNEYS PRESENT FOR PLAINTIFF(S):** Jack Burkhead, Oliver Stephanz

**ATTORNEYS PRESENT FOR DEFENDANT(S):** Bernadette Donovan, Noah Gelb, Carter Harrison

**PROCEEDINGS:**

8:55 AM Court in session, counsel enter appearances, defendant present in custody. Court set a continuing status conference.

8:55am AUSA Burkhead addresses Court regarding status of case defense team to meet with AUSA on presentation of materials on Wednesday then will be submitted to D.C. Could take 6-8 weeks for response from Capital Review Committee. Additional status conference recommended in October, possibly November.

8:58am Ms. Donovan responds defense has been preparing for mitigation presentations to the United States on Wednesday, could be invited for presentations to Capital Review Committee.

9:00am Court will set another status conference on October 26, 2026 at 9:00 a.m.

9:01am Court in recess.